BEFORE THE THIRD DIVISION, FEBRUARY 4, 1942

No. 46919.—Protests 789291–G, etc., of Continental Grain Co. et al. (Baltimore, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 46920.—Protests 842106–G, etc., of Benkyodo Co. et al. (San Francisco, etc.).

Opinion by CLINE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

No. 46921.—Protests 71379-K, etc., of Mason Bros. & Tarlin et al. (Boston, etc.).

Opinion by KEEFE, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE FIRST DIVISION, FEBRUARY 5, 1942

No. 46922.—Protest 42106–K of B. R. Anderson & Co. (Seattle).

Opinion by TILSON, J. One package of the merchandise was received in evidence and marked exhibit 1. From an examination of this exhibit it was clear to the court that it is not medicine in doses, as apparently classified by the collector. It was stipulated that the merchandise consists of drugs which have been advanced in value and some of which are crude. There was nothing in the record to indicate that the plaintiffs made any effort to segregate the merchandise, nor was there any evidence produced which would enable the court to determine which of the items are free of duty and which are dutiable. In accordance therewith all of the merchandise in said case which was assessed at 25 percent ad valorem under paragraph 23 was held dutiable as drugs advanced in condition at 10 percent under paragraph 34. The protest was sustained to that extent.